# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2976
_____

JENNIFER TAYLOR, as mother
and natural guardian of I.T.,

    Appellant,

    v.

PERFORMANCE ENHANCEMENT
ENTERPRISES, INC. d/b/a
TALLAHASSEE SERINAS
SYNCHRONIZED SWIMMING TEAM,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

February 26, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Conrad Cecil Bishop of The Bishop Law Firm, P.A., Perry, for Appellant.

Cecil L. Davis Jr., of Banker, Lopez Gassler P.A., Tallahassee, and Sarah Lahlou-Amine of Banker, Lopez Gassler P.A., Tampa, for Appellee.